# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Lucia Cutrone** | **CHAPER 13: 25-14227-AMC** |
| | |
| **Lucia Cutrone** | Adv No. |
| **Debtor** | |
| v. | |
| **TD Bank, N.A.** | |

### COMPLAINT TO AVOID PREFERENCE UNDER 11 U.S.C 547(b)

1. Debtor filed for Protection under Chapter 13 on October 20, 2025.

2. Kenneth E. West was appointed as the Chapter 13 Standing Trustee.

3. Debtor's creditors include TD Bank, N.A. which has filed a general unsecured claim for $74,976.07, A true and correct copy of the claim with Exhibits is attached as Exhibit A.

4. TD Bank, N.A. confessed judgment in Bucks County, PA on August 21, 2025 (Exhibit A , Claim 10-1 Part 3)

5. Debtor owns her residence at 2673 Fawn Lane, Warrington, PA 18976.

6. The lien on her residence pursuant to the Confession of Judgment is avoidable under 11 U.S.C. 547(b)

7. The confession of judgment was within ninety (90) days of filing, for the benefit of a creditor on the account of an antecedent debt, while the Debtor was insolvent which would enable the creditor to receive more than they would have received in a Chapter 7 liquidation.

8. Debtor's business Ellcie Inc. had closed prior to the Confession of Judgment and the bankruptcy filing.

9. The claim was filed as a general unsecured claim by the creditor acknowledging the avoidance availability under 11 U.S.C. 547(b)

WHEREFORE the Debtor requests that this Honorable Court enter an Order avoiding the Preference and finding the Defendant to possess a general unsecured claim.

**Respectfully Submitted,**

*Michael A. Cataldo, Esquire*
Gellert Seitz Busenkell & Brown, LLC
901 Market Street
Suite 3020, 3rd Floor
Philadelphia, PA 19107
(215) 238-0015
mcataldo@gsbblaw.com